UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  20-cv-21459-ALTONAGA/GOODMAN

GOVERNMENT EMPLOYEES INSURANCE CO., et al.

    Plaintiffs,

vs.

FLORIDA SPINE AND JOINT INSTITUTE, LLC., et al.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co., and Defendants, Florida Spine and Joint Institute, LLC, TCFII Spine LLC, Samuel Hess, M.D., Mark Brockelman, Ryan Fulcher, Peter Warheit, M.D., Steven Greenberg, M.D., Pedro Javier Tort-Saade, M.D., Alberto Rivera, M.D., Karen Amar, D.C., John Crocco, P.A., Anthony Danieli, D.C., Jennifer Englander, D.C., Brian Layton, P.A., Nelinda Lopez, D.C., Henry Sanon, D.C., Danny Feder, D.C., and Michael White, D.C. (collectively "the Parties"), pursuant to Local Rule 16.4, inform the Court that they have reached a settlement that will resolve all claims in this case.

The Parties are presently preparing formal settlement documents, and will file a stipulation of dismissal with prejudice upon finalizing and executing the formal settlement documents. The Parties anticipate finalizing the settlement and filing the stipulation of dismissal with prejudice within twenty days.

Respectfully submitted,

/s/ *John P. Marino*
John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone:  (904) 598-6100
Facsimile:  (904) 598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kwenger@sgrlaw.com

Barry I. Levy (*admitted pro hac vice*)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
Phone:  (516) 357-3000
Facsimile:  (516) 357-3333
barry.levy@rivkin.com

*Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

/s/ *Avi Benayoun*
Avi Benayoun (FBN 1516960)
Greenberg Taurig, P.A.
401 East Las Olas Blvd, Suite 2000
Fort Lauderdale, FL 33301
Phone: (954) 768-8254
Facsimile: (954) 759-5554
BenayounA@gtlaw.com

Michael N. Kreitzner (FBN 705561)
Stephanie Peral (FBN 119324)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
kreitzerm@gtlaw.com
perals@gtlaw.com

*Attorneys for Defendants Florida Spine and Joint Institute, LLC, TCFII Spine LLC, Samuel Hess, M.D., Mark Brockelman, Ryan Fulcher, Peter Warheit, M.D., Steven Greenberg, M.D., Pedro Javier Tort-Saade, M.D., Alberto Rivera, M.D., Karen Amar, D.C., John Crocco, P.A., Anthony Danieli, D.C., Jennifer Englander, D.C., Brian Layton, P.A., Nelinda Lopez, D.C., Henry Sanon, D.C., and Michael White, D.C.*

Holiday Hunt Russell (FBN 955914)
HOLIDAY HUNT RUSSELL PLLC
D.C. 2699 Stirling Road, Suite A-105 Fort Lauderdale, Florida 33312 Telephone:
Phone:  954.920.5153
pleadinghhr@gmail.com
servicesecondary@gmail.com

*Attorneys for Defendant Nelinda Lopez, D.C.*

2

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2020, the foregoing document is being served on the counsel of record on the attached Service List, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing through the CM/ECF system.

*/s/ John P. Marino*
Attorney

**SERVICE LIST**

John P. Marino (FBN 814539)
Lindsey R. Trowell (FBN 678783)
Kristen L. Wenger (FBN 92136)
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
kwenger@sgrlaw.com

Barry I. Levy (*admitted pro hac vice*)
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11550
barry.levy@rivkin.com

*Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co.*

Avi Benayoun (FBN 1516960)
Greenberg Taurig, P.A.
401 East Las Olas Blvd, Suite 2000
Fort Lauderdale, FL 33301
BenayounA@gtlaw.com

Michael N. Kreitzner (FBN 705561)
Stephanie Peral (FBN 119324)
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
kreitzerm@gtlaw.com
perals@gtlaw.com

*Attorneys for Defendants Florida Spine and Joint Institute, LLC, TCFII Spine LLC, Samuel Hess, M.D., Mark Brockelman, Ryan Fulcher, Peter Warheit, M.D., Steven Greenberg, M.D., Pedro Javier Tort-Saade, M.D., Alberto Rivera, M.D., Karen Amar, D.C., John Crocco, P.A., Anthony Danieli, D.C., Jennifer Englander, D.C., Brian Layton, P.A., Nelinda Lopez, D.C., Henry Sanon, D.C., and Michael White, D.C.*

Holiday Hunt Russell (FBN 955914)
HOLIDAY HUNT RUSSELL PLLC
D.C. 2699 Stirling Road, Suite A-105 Fort Lauderdale, Florida 33312 Telephone:
Phone:  954.920.5153
pleadinghhr@gmail.com
servicesecondary@gmail.com

*Attorneys for Defendant Nelinda Lopez, D.C.*